**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TITANIDE VENTURES, LLC,** | § | |
| | § | **Case No.: _____** |
| **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § | |
| | § | |
| **THE GO DADDY GROUP, INC.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Titanide Ventures, LLC for its Complaint against The Go Daddy Group, Inc., hereby alleges as follows:

**THE PARTIES**

1.      Plaintiff Titanide Ventures, LLC, ("Titanide") is a limited liability corporation duly organized and existing under the laws of the State of Texas, having its principal place of business at 911 NW Loop 281, Suite 211-30, Longview, TX 75604.

2.      On information and belief, The Go Daddy Group, Inc. ("GoDaddy") is a corporation duly organized and existing under the laws of the State of Arizona, having its principal place of business at 14455 N. Hayden Road, #219, Scottsdale, AZ 85260.

**JURISDICTION AND VENUE**

3.      This is an action for patent infringement arising under the Patent Act, 35 U.S.C. §§101 et seq. This Court has jurisdiction over Plaintiff's federal law claims under 28 U.S.C. §§1331 and 1338(a).

4.      This Court has specific and/or general personal jurisdiction over Defendant GoDaddy because it has committed acts giving rise to this action within this judicial district and/or has established minimum contacts within Texas and within this judicial district such that

the exercise of jurisdiction over Defendant GoDaddy would not offend traditional notions of fair play and substantial justice.

5.     Venue is proper in this District pursuant to 28 U.S.C. §§1391(b)-(c) and 1400(b) because Defendant GoDaddy has committed acts within this judicial district giving rise to this action, and continues to conduct business in this district, and/or has committed acts of patent infringement within this District giving rise to this action.

## CLAIM 1

## INFRINGEMENT OF U.S. PATENT 6,714,968

6.     Titanide re-alleges and incorporates by reference the allegations set forth in the Paragraphs above as if fully set forth herein.

7.     On March 30, 2004, United States Patent Number 6,714,968 ("the '968 patent") entitled "Method and System for Seamless Access to a Remote Storage Server Utilizing Multiple Access Interfaces Executing on the Remote Server" was duly and lawfully issued by the United States Patent and Trademark Office.   A true and correct copy of the '968 patent is attached hereto as **Exhibit A**.

8.     Titanide is the owner and assignee of all right, title, and interest in and to the '968 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

9.     On information and belief, Defendant GoDaddy has been and now is infringing the '968 patent in the State of Texas, in this judicial district, and elsewhere in the United States by, among other things, making, using, importing, offering to sell, and/or selling in the United States data storage products and/or services that embody the inventions claimed in the '968 patent, including but not limited to Online File Storage, Photo Album, and all reasonably similar products. On information and belief, Defendant GoDaddy indirectly infringes by contributing to its customers' infringement using Online File Storage, Photo Album, and all reasonably similar products. On information and belief, Defendant GoDaddy indirectly infringes by actively inducing its customers to use Online File Storage, Photo Album, and all reasonably similar

products. On information and belief, Defendant GoDaddy knew or should have known its actions would induce and/or contribute to infringement of the '968 patent.

10.     On information and belief, Defendant GoDaddy will continue to infringe the '968 patent unless enjoined by this Court.

11.     Defendant GoDaddy's acts of infringement have damaged Titanide in an amount to be proven at trial, but in no event less than a reasonable royalty. Defendant GoDaddy's infringement of Titanide's rights under the '968 patent will continue to damage Titanide causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

## CLAIM 2

## INFRINGEMENT OF U.S. PATENT 6,735,623

12.     Titanide re-alleges and incorporates by reference the allegations set forth in the Paragraphs above as if fully set forth herein.

13.     On May 11, 2004, United States Patent Number 6,735,623 ("the '623 patent") entitled "Method and System for Accessing a Remote Storage Area" was duly and lawfully issued by the United States Patent and Trademark Office.  A true and correct copy of the '623 patent is attached hereto as **Exhibit B**.

14.     Titanide is the owner and assignee of all right, title, and interest in and to the '623 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

15.     On information and belief, Defendant GoDaddy has been and now is infringing the '623 patent in the State of Texas, in this judicial district, and elsewhere in the United States by, among other things, making, using, importing, offering to sell, and/or selling in the United States data storage products and/or services that embody the inventions claimed in the '623 patent, including but not limited to Online File Storage, Photo Album, and all reasonably similar products. On information and belief, Defendant GoDaddy indirectly infringes by contributing to its customers' infringement using Online File Storage, Photo Album, and all reasonably similar products. On information and belief, Defendant GoDaddy indirectly infringes by actively

inducing its customers to use Online File Storage, Photo Album, and all reasonably similar products. On information and belief, Defendant GoDaddy knew or should have known its actions would induce and/or contribute to infringement of the '623 patent.

16. On information and belief, Defendant GoDaddy will continue to infringe the '623 patent unless enjoined by this Court.

17. Defendant GoDaddy's acts of infringement have damaged Titanide in an amount to be proven at trial, but in no event less than a reasonable royalty. Defendant GoDaddy's infringement of Titanide's rights under the '623 patent will continue to damage Titanide causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

## PRAYER FOR RELIEF

18. Wherefore, Titanide respectfully requests that this Court enter judgment against Defendant GoDaddy as follows:

a. For judgment that Defendant GoDaddy has infringed and continues to infringe the claims of the '968 and '623 Patents;

b. For preliminary and permanent injunction against Defendant GoDaddy and its respective officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement of the '968 and '623 Patents;

c. For an accounting of all damages caused by Defendant GoDaddy's acts of infringement;

d. For damages to be paid by Defendant GoDaddy adequate to compensate Titanide for Defendant GoDaddy's infringement, including interest, costs and disbursement as justified under 35 U.S.C. § 284;

e. For judgment finding this to be an exceptional case, and awarding Titanide attorney fees under 35 U.S.C. § 285; and

f. For such relief at law and in equity as the Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Titanide demands a trial by jury of all issues triable by a jury.

Dated: April 4, 2012

Respectfully submitted,

*/s/ Christopher D. Banys*
Christopher D. Banys - ***Lead Attorney***

THE LANIER LAW FIRM, P.C.
Christopher D. Banys          SBN: 230038 (California)
Daniel W. Bedell              SBN: 254912 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100       (650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com

LOCAL COUNSEL:

WARD & SMITH LAW FIRM
Wesley Hill                   SBN: 24032294
111 W. Tyler Street
Longview, TX 75601
(903) 757-6400
(903) 757-2323 (FAX)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
TITANIDE VENTURES, LLC**