# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

TITANIDE VENTURES, LLC,

        **Plaintiff,**

v.

YAHOO, INC.,

        **Defendant.**

**Case No.: 4:12-cv-00163-RAS**

**JURY TRIAL DEMANDED**

### DECLARATION OF MITCHELL PRUST IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANT YAHOO, INC.'S MOTION TO TRANSFER VENUE FOR THE CONVENIENCE OF THE PARTIES PURSUANT TO 28 U.S.C. § 1404

I, Mitchell Prust, declare as follows:

1.      I make this declaration on the basis of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

2.      I currently reside in St. Paul, Minnesota.

3.      I was employed by WAM!NET during the period from 1996 to 2007. During that period, I filed patent applications that resulted in the patents-in-suit: the '968 and '623 patents.

4.      Shumaker & Sieffert, P.A., the law firm that prosecuted the Titanide patents, is located in St. Paul, Minnesota.

5.      I am the sole member of Titanide Ventures, LLC ("Titanide"). Titanide is the assignee of all past, present, and future interests in the '968 and '623 patents.

6.      Titanide was incorporated under the laws of the state of Texas on November 29, 2010. Titanide is subject to all state and federal taxes as any other LLC formed in the state of Texas.

DECLARATION OF MITCHELL PRUST IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
YAHOO'S MOTION FOR TRANSFER OF VENUE

1

7.      I formed Titanide as an invention company, which is described on Titanide's website at www.titanideventures.com.

8.      I secured office space for Titanide in Longview, Texas, and pay monthly rent on this office. To the best of my knowledge, all of Titanide's relevant documents and other evidence are located at its headquarters at 911 NW Loop 281, Suite 211-30, Longview, TX 75604.

9.      Titanide has been involved in enforcing its patent rights since at least May 6, 2011. Any and all patent-infringement suits brought by Titanide have been filed in the Eastern District of Texas.


I declare under the penalty of perjury under the laws of the United States and the Eastern District of Texas that the foregoing is true and correct to the best of my knowledge.


Executed on August 13, 2012 in _SAINT PAUL MN_.


_____

Mitchell Prust

DECLARATION OF MITCHELL PRUST IN                2
SUPPORT OF PLAINTIFF'S OPPOSITION TO
YAHOO'S MOTION FOR TRANSFER OF VENUE