IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TITANIDE VENTURES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv195 |
| | § | (Judge Clark/Judge Mazzant) |
| THE GO DADDY GROUP, INC., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL**

Before the court is the parties' Agreed Motion to Dismiss With Prejudice The Go Daddy Group, Inc. [Doc. #40].

It is **ORDERED** that the Agreed Motion to Dismiss With Prejudice The Go Daddy Group, Inc. [Doc. #40] is GRANTED. The court further **ORDERS** that all claims for relief asserted between the parties are hereby dismissed with prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **21** day of **November, 2012.**

_____
Ron Clark, United States District Judge